FILED

2003 DEC 22  P 12: 43

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUDY STAIB, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-CV-1157 (JCH) |
| | : | |
| v. | : | |
| | : | |
| DANBURY BOARD OF EDUCATION, | : | |
| Defendant. | : | DECEMBER 17, 2003 |

## MOTION FOR SCHEDULING ORDER

The defendant, Danbury Board of Education ["the Board"], on its own behalf and on behalf of the plaintiff, Judy Staib, hereby respectfully request a scheduling order for the completion of discovery, including depositions, and for the filing of dispositive motions, if any. Although the parties are working in good faith to resolve this matter without resort to further litigation, they wish to obtain a scheduling order so as not to be prejudiced should their best settlement efforts prove fruitless. Therefore, the parties respectfully request the following schedule:

1. The parties' shall conclude discovery, including all depositions, no later than January 31, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

2. The parties' respective summary judgment motions shall be filed no later than March 2, 2004.

3. Any memoranda in opposition to an adverse party's summary judgment motion shall be filed no later than April 2, 2004.

4. Should any of the parties wish to submit a Reply brief, such brief shall be filed in accordance with Rule 7(d) of the Local Rules of Civil Procedure.

The Board believes that this is the parties' first request for a Scheduling Order. As the parties jointly request this Order, there is no objection thereto. Furthermore, although this Scheduling Order is sought by both parties, in order to expedite the filing of this Motion, the plaintiff's attorney has authorized the undersigned counsel for the Board to represent to the court that this is a joint request and to sign it without a corresponding signature on behalf of the plaintiff.

THEREFORE, for the reasons set forth herein, the parties respectfully ask that this court adopt and endorse the Scheduling Order set forth in this motion.

2

THE DEFENDANT,
DANBURY BOARD OF EDUCATION

_____
Michael P. McKeon
Federal Bar No. ct02290
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut 06105-4286
Telephone: (860) 233-2141
Facsimile: (860) 233-0516
E-Mail: mmckeon@sscc-law.com

3

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Scheduling Order will be sent via first-class mail, postage prepaid, on the 18th day of December 2003 to Lynn M. Mahoney, Esq., Law Offices of Leon M. Rosenblatt, 10 North Main Street, Suite 214, West Hartford, Connecticut 06107-1988.

_____
Michael P. McKeon

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326