02CV1157MSCHO
FILED
2003 DEC 22 P 12: 43

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUDY STAIB, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-CV-1157 (JCH) |
| | : | |
| v. | : | |
| | : | |
| DANBURY BOARD OF EDUCATION, | : | |
| Defendant. | : | DECEMBER 17, 2003 |

**MOTION FOR SCHEDULING ORDER**

The defendant, Danbury Board of Education ["the Board"], on its own behalf and on behalf of the plaintiff, Judy Staib, hereby respectfully request a scheduling order for the completion of discovery, including depositions, and for the filing of dispositive motions, if any. Although the parties are working in good faith to resolve this matter without resort to further litigation, they wish to obtain a scheduling order so as not to be prejudiced should their best settlement efforts prove fruitless. Therefore, the parties respectfully request the following schedule:

1. The parties' shall conclude discovery, including all depositions, no later than January 31, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Motion Granted. No further extensions will be granted.
Discovery cutoff date 1/31/04
Dispositive Motions due by 3/2/04
SO ORDERED
1-7-04
Janet C. Hall, U.S.D.J.

FILED  2004 JAN -8 P 12:57  U.S. DISTRICT COURT  BRIDGEPORT CT

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326