FILED

2004 JUL -9 A 8: 45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUDY STAIB, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-CV-1157 (JCH) |
| | : | |
| v. | : | |
| | : | |
| DANBURY BOARD OF EDUCATION, | : | |
| Defendant. | : | JULY 7, 2003 |

### DEFENDANT'S CROSS-MOTION FOR ENTRY OF CONSENT JUDGMENT

The defendant, Danbury Board of Education ["the Board"], hereby respectfully requests that this court enter judgment in accordance with the terms of the plaintiff's attorney's January 21, 2004 correspondence as well as the subsequent February 18, 2004 Settlement Agreement and Release, which are appended as, respectively, Exhibits A and B, to the Memorandum in Support of Defendant's Cross-Motion for Entry of Consent Judgment and in Opposition to Plaintiff's Motion for Entry of Consent Judgment, which is submitted herewith. The Board makes this Cross-Motion on the ground that the parties entered into a settlement agreement on January 20, 2004, the plaintiff's attorney confirmed that agreement in writing the following day, January 21, 2004, and the agreement was reduced to a formal instrument on February 18, 2004. In fact, it is undisputed that on January 21, 2004 the plaintiff's attorney wrote to the Board's counsel: "I am

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

writing to *confirm that we agreed on January 20, 2004, that this case would settle for $32,551.80. I am glad we were able to reach a compromise.*" Exhibit A. See also Plaintiff's Exhibit C (emphasis added). The plaintiff's attorney's January 21, 2004 correspondence clearly confirms that the parties entered into a settlement agreement on January 20, 2004, in accordance with which the Board's counsel sent to the plaintiff's attorney on February 18, 2004 a Settlement Agreement and Release.

THEREFORE, for the reasons set forth herein as well as in its accompanying legal memorandum, the Danbury Board of Education respectfully requests that the court enter judgment in accordance with the terms of the parties' agreement as reflected in the February 18, 2004 Settlement Agreement and Release.

THE DEFENDANT,<br>
DANBURY BOARD OF EDUCATION<br>
<br>
_____<br>
Michael P. McKeon<br>
Federal Bar No. ct02290<br>
Sullivan, Schoen, Campane & Connon, LLC<br>
646 Prospect Avenue<br>
Hartford, Connecticut 06105-4286<br>
Telephone: (860) 233-2141<br>
Facsimile: (860) 233-0516<br>
E-Mail: mmckeon@sscc-law.com

*LAW OFFICES* • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

## CERTIFICATION

This is to certify that a copy of the foregoing Defendant's Cross-Motion for Entry of Consent Judgment was sent via first-class mail, postage prepaid, on this 7th day of July 2004 to Leon M. Rosenblatt, Esq., Law Offices of Leon M. Rosenblatt, 10 North Main Street, Suite 214, West Hartford, Connecticut 06107-1988.

_____
Michael P. McKeon

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326