FILED

2004 JUL 29 P 12: 20

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**************************************************
| | |
|---|---|
| **JUDY STAIB** <br> Plaintiff, | CIVIL ACTION: 3:02CV1157(JCH) |
| v. | |
| **DANBURY BOARD OF EDUCATION,** <br> Defendant. | JULY 28, 2004 |

**************************************************

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S CROSS-MOTION FOR ENTRY OF CONSENT JUDGMENT

The plaintiff moves for an extension of time until August 9, 2004 to respond to the defendant's Cross-Motion for Entry of Consent Judgment. Currently, the plaintiff's response is due on July 29, 2004.

The plaintiff requests an extension of time because plaintiff's counsel has been on trial in Middletown Superior Court from July 14 through July 27, 2004 in Duart v. State of Connecticut, Department of Correction, Docket No. X04 CV 02-0103475-S. This was a 10-day trial which ended July 27, 2004. The undersigned could not address the defendant's cross-motion during the trial.

The office of the defendant's counsel, Attorney Michael McKeon, has been contacted, but as of this writing the plaintiff has not been able to ascertain if he objects to this motion.

This is the plaintiff's first request for an extension of time to respond to the defendant's Cross-Motion for Entry of Consent Judgment.

                THE PLAINTIFF,

By: _____
     Leon M. Rosenblatt (ct00284)
     Law Offices of Leon M. Rosenblatt
     10 North Main Street
     West Hartford, CT 06107
     (860) 523-8066

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed; postage prepaid, on this the 28th day of July, 2004, to:

Attorney Michael P. McKeon
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT 06105-4286

_____
Leon M. Rosenblatt