UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STAIB

V.                              Case Number:3:02cv1157JCH

DANBURY

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on September 28, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on October 28, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut on October 7, 2004.


KEVIN F. ROWE, CLERK

By: /s/Catherine Boroskey
    Catherine Boroskey
    Deputy Clerk