FILED

2004 OCT 29 P 12: 46

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JUDY STAIB           * | |
|    Plaintiff,   * | CIVIL ACTION: 3:02CV1157(JCH) |
|                  * | |
| v.            * | |
|                  * | |
| DANBURY BOARD OF EDUCATION,  * | OCTOBER 28, 2004 |
|    Defendant.  * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL

The plaintiff moves for an extension of time of 15 days, until November 12, 2004, to file a dismissal. The dismissal is due October 28, 2004.

The plaintiff requests an extension of time because plaintiff's counsel had not yet received the final settlement agreement from the defendant.

The office of the defendant's counsel, Attorney Michael McKeon, has been contacted, but as of this writing the plaintiff has not been able to ascertain if he objects to this motion.

This is the plaintiff's first request for an extension of time to file the dismissal.

THE PLAINTIFF,

By: _____
Leon M. Rosenblatt (ct00284)
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066

## CERTIFICATION

    This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 28th day of October, 2004, to:

Attorney Michael P. McKeon
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT  06105-4286

Leon M. Rosenblatt

2