UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

***************************************************

| | |
|---|---|
| JUDY STAIB * | |
|     Plaintiff, * | CIVIL ACTION: 3:02CV1157(JCH) |
| * | |
| v. * | |
| * | |
| DANBURY BOARD OF EDUCATION, * | DECEMBER 9, 2004 |
|     Defendant. * | |

***************************************************

## MOTION FOR PERMISSION TO WITHDRAW ACTION

The plaintiff moves for permission to withdraw this action. The parties have reached an agreement resolving all disputes between them. This action should be closed by the court, without costs to any party.

Defendants' counsel joins in this motion.

THE PLAINTIFF,

By _[signature]_
Leon M. Rosenblatt
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT 06107-1988
(860) 523-8066
Federal Bar No.: ct00284

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 9th day of December, 2004, to:

Attorney Michael P. McKeon
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Ave.
Hartford, CT  06105-4286

_____
Leon M. Rosenblatt